## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ANN S. BORIS,

                Respondent

         v.

VAMSIDHAR R. VURIMINDI,

                Petitioner

: No. 317 EAL 2019
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.